BEFORE THE SECOND DIVISION, JANUARY 31, 1961

No. 65127.—D. Hauser, Inc., et al. *v.* United States, protests 328201–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of meat holders similar in all material respects to those the subject of Abstract 63928, except that they are in chief value of other base metal, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JANUARY 31, 1961

No. 65128.—Continental Distributing Co., Inc. *v.* United States, protest 130342–K/ 12878 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 65129.—Howard H. Berg et al. *v.* United States, protests 252305–K, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.